UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

Yvette Mooney

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-14607CMG |
| Chapter: | 13 |
| Judge: | Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 27, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance shall be payable:

☑        through the Chapter 13 plan as an administrative priority.

❑        outside the plan.

The debtor's monthly plan is modified to require a payment of $_____719.00_____ per month for _____51_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-14607-CMG
Yvette M. Mooney                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 27, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db              +Yvette M. Mooney,    137 Liberty Street,    Long Branch, NJ 07740-7308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
            Albert Russo   docs@russotrustee.com
            Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
             on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Based Securities, TMTS
             Series 2006-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Keri P. Ebeck   on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
             jbluemle@bernsteinlaw.com
            Kevin Gordon McDonald   on behalf of Creditor    U.S. Bank National Association, as Indenture
             Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Based Securities,
             TMTS Series 2006-1 kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
            Robert Manchel   on behalf of Debtor Yvette M. Mooney manchellaw@yahoo.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6