Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−14607−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette M. Mooney
   137 Liberty Street
   Long Branch, NJ 07740

Social Security No.:
   xxx−xx−2054

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/17/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 18, 2019
JAN: bwj

                                            Jeanne Naughton
                                            Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                         Case No. 18-14607-CMG
Yvette M. Mooney                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 148             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db             +Yvette M. Mooney,    137 Liberty Street,    Long Branch, NJ 07740-7308
517377684      +Bremman Construction Co. Inc.,    919 Route 33, Unit # 23,     Freehold, NJ 07728-8468
517377685      +Charles L. Spellman, DO,    PO Box 150,    Long Branch, NJ 07740-0150
517377688      +Long Branch Sewerage Authority,    150 Joline Ave.,    Long Branch, NJ 07740-7399
517377689     #+McCalla Raymer Liebert Pierce LLC,    99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
517638329      +Pride Financial LLC,    c/o Fein Such Kahn & Shepard PC,     7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517377691      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517377692      +Surgicare of Freehold,    901 W. Main Street, Ste 302, CN500,    Freehold, NJ 07728-2537
517405540      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 23:24:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 23:24:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517377683      +EDI: CBS7AVE Apr 19 2019 03:13:00      Ashro,   3650 Milwaukee St,    Madison, WI 53714-2304
517456086      +EDI: CBS7AVE Apr 19 2019 03:13:00      Ashro Lifestyle,   c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
517377686      +E-mail/Text: bankruptcy@consumerportfolio.com Apr 18 2019 23:24:17       Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
517377687      +EDI: RCSFNBMARIN.COM Apr 19 2019 03:13:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517530540       EDI: RESURGENT.COM Apr 19 2019 03:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517377690      +E-mail/Text: bankruptcy@savit.com Apr 18 2019 23:24:37      Sa-vit Collection Agen,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517714117       EDI: ECMC.COM Apr 19 2019 03:13:00      US Department of Education,    PO Box 16448,
                 St. Paul, MN 55116-0448
517515605      +EDI: AIS.COM Apr 19 2019 03:13:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517377693      +EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
517479534       EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                                TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Based Securities, TMTS Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Based Securities, TMTS Series 2006-1 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
        Robert Manchel    on behalf of Debtor Yvette M. Mooney manchellaw@yahoo.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                             TOTAL: 7